IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY SP D.C.

05 MAY 11 PM 3:25

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
W.D. OF TN-JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      No. 05-10016-T

ISAAC WILLIAMS,

    Defendant.

## ORDER

Upon motion of the defendant, consent of the United States, and for good cause shown, it is hereby:

ORDERED, ADJUDGED AND DECREED that Isaac Williams can travel to Gary, Indiana on May 26, 2005, returning home on May 30, 2005, to attend his in-laws' 50th anniversary celebration.

Entered this __10th__ day of May, 2005.

                                              /s/ James D. Todd
                                              James D. Todd
                                              Chief United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __05-12-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CR-10016 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT